# EXHIBIT C

# DEA to Temporarily Schedule 7-OH and Related Substances to Protect Public Safety

**July 01, 2026**
**For Immediate Release**

**Contact:** DEA Public Affairs

**Phone Number:** (571) 776-2508

**Drug Enforcement Administration**

@DEAHQ

**WASHINGTON** – Today, the U.S. Drug Enforcement Administration filed its intent to temporarily place 7-hydroxymitagynine (7-OH) and three related substances into Schedule I of the Controlled Substances Act (CSA). Prior to DEA issuing this notice, the Department of Health and Human Services (HHS) confirmed synthetic 7-OH, and the three related substances have no accepted medical use and a high potential for abuse.

Two Notices of Intent (NOI) were sent to the Federal Register on Wednesday, July 1, 2026. One NOI addresses 7-OH above a specified threshold. The second NOI addresses moving 7-hydroxymitragynine-related substances (mitragynine pseudoindoxyl, MGM-15, and MGM-16) into Schedule 1 of the CSA.

Once the temporary scheduling orders take effect, the manufacture, distribution, sale, and possession of covered 7-OH substances will become subject to criminal, civil, and administrative provisions of the Controlled Substances Act.

> ***"Today's action targets highly concentrated, synthetic 7-OH products, which pose a growing threat to public safety and health.** Temporarily scheduling these substances underscores the emphasis this Administration has put on the safety, health and well-being of the American people," said DEA Administrator Terrance Cole. "This action gives law enforcement and public health partners the tools needed to address this emerging threat. We appreciate the FDA's scientific expertise and our continued partnership with HHS to address emerging threats, and we will continue to act aggressively when dangerous substances threaten Americans."*

"I commend the DEA for taking decisive action to address these addictive and harmful substances," said HHS Secretary Robert F. Kennedy, Jr. "7-OH, MP, MGM-15, and MGM-16 are dangerous opioids that fuel addiction and put American lives at risk. HHS reviewed the science and recommended this action. The Trump Administration will continue using every available authority to stop these deceptive products, hold bad actors accountable, and protect American families."

7-OH is a psychoactive substance with opioid-like effects and similar risks. In its botanical form, 7-OH is found in trace amounts in the *Mitragyna speciosa* plant, a tropical evergreen tree indigenous to Southeast Asia that is commonly used in religious or communal ceremonies.

This temporary scheduling action does not apply to botanical kratom products that contain naturally occurring 7-OH below the specified threshold. Instead, it targets synthesized products and those containing elevated concentrations of 7-OH as outlined in the temporary scheduling order. DEA believes these substances pose an imminent threat to public safety given their effects are highly unpredictable.

The United States has seen a proliferation of commercial products containing semi-synthetic 7-OH. These products are widely marketed online and sold in gas stations, convenience stores, and smoke shops in a variety of forms, including powders, tablets,

capsules, gummies, and dissolvable strips. DEA laboratory findings indicate commercial products often contain higher amounts of 7-OH than what is found in natural-occurring, botanical kratom.

Today's action is part of a broader effort to combat the opioid epidemic and protect American families from dangerous synthetic drugs.

# # #

###