# EXHIBIT F

# A.K.A.'S GMP QUALIFIED VENDORS

## O.P.M.S. KRATOM

Optimized Plant Mediated Solutions has been the leader in the Kratom and Kava extract industry since 2010 due to its unique cold water extraction process. All O.P.M.S. products are 100 percent natural and never adulterated. O.P.M.S. Gold and Liquid products utilize an all-natural process that is specifically designed to preserve the delicate nature of the plant's alkaloids throughout extraction.

VISIT SITE...

O.P.M.S.
Optimized Plant Mediated Solutions™

NEXT ›

## AKA GMP STANDARDS PROGRAM DISCLAIMER

The AKA GMP Standards Program was created to provide consumers with information to help them make an informed decision regarding their selection of kratom-containing products. To accomplish this, the AKA standards Program is a way for Vendors that have established a higher level of manufacturing processes to qualify to be listed on the AKA website. AKA GMP participants have committed to implementing and following the manufacturing and processing standards outlined in the AKA GMP StandardsProgram.

To become AKA GMP Qualified Vendors, participants must complete an annual independent 3rd party audit to ensure their compliance with the program standards. Upon verification of the audit, they are considered as AKA GMPQualified.

Please review the full Website Terms of Use.

The AKA administers the GMP Standards Program and provides the list of GMPQualified Vendors for informational purposes only. An organization's or vendor's participation in the AKA GMP Standards Program or listing on the GMPQualified Vendors list should not be construed as the AKA's endorsement of any organization, vendor, product, or service. Nothing on this Website should be construed as the provision of medical and/or legal advice or a recommendation regarding any decision or action related to you, your health, others' health, your products, and/or your buisness.

## GMP VENDORS COMPLETE LIST

CHIEF KRATOM

WHOLE HERBS

REMARKABLE HERBS

GOLDENMONK™

Kratom kaps

Steding & Sons Mercantile 1836 Kratom Fitness Wellness Gratitude EST. 2017

King Kratom

TPS™ Total Packing Solutions

MIT 45™

O.P.M.S. Optimized Plant Mediated Solutions™

Oasis Kratom Products

Christopher's Organic Botanicals

KINGDOM KRATOM

Panacea Natural -Est. 2007 -

PREMIUM KRATOM sunstone organics EST. 2016 OREGON

BOTANIK RESPONSIBLY SOURCED ETHNOS

KM Kratom Monkey

Jack Botanicals

KRATOMSOURCE YOUR SOURCE FOR ALL THINGS KRATOM

CGM PHYTOEXTRACTUM

Herbal GIFTS
Your Herbal Supplement Wholesaler

WHOLE EARTH
MITRAGYNA SPECIOSA

ULTRA ENHANCED GOLD

ULTIMATE KRATOM

BULK KRATOM NOW
Lab-Tested Kratom. Great Prices.

kona kratom

TROPIX

BLUE DIAMOND HERBS

AMAZING BOTANICALS
Pure · Natural · Organic

EARTH KRATOM
ORGANIC

LKC
LEGENDS KRATOM COMPANY®

CLUB13
13
EST 1999

Kats KRATOM™

MitWellness

PREMIUM EXP KRATOM

BuyKratom BulkUSA

KRATOM SOURCE USA

Authentic Kratom®

NEW DAWN KRATOM

TUSK ULTRA PREMIUM KRATOM

Kryptic Kratom

PREMIUM QUALITY Harvest Kratom KRATOM LEAVES

ORGANIC KRATOM USA

EXP BOTANICALS™

K Chill

HUSH KRATOM

NuWave Botanicals

KRATOM SPOT
PREMIUM • ALL NATURAL

Kats BOTANICALS™

LEFT COAST KRATOM
Kratom Botanicals, Teas, and Extracts

KRATOM KRATES

PURKRATOM®
WHERE QUALITY IS OUR PRIORITY

TRUSTED TESTED TRUE™
SK
SOAPKORNER.COM
HIGHEST AVAILABLE QUALITY
Kratom

FIRST COAST TEA CO.

Happy Hippo

KRAKEN KRATOM

Exhibit F, page 77

# AKA EMAIL SUBSCRIPTION

Sign up to receive updates including new events, campaigns, etc

Your Name

State

Enter your email

SUBMIT

AMERICAN KRATOM ASSOCIATION

ABOUT
ADVOCACY
GMP PROGRAM
GMP VENDORS
SCIENCE

DONATE!
LEGAL

FACEBOOK
TWITTER
INSTAGRAM

Copyright 2025 AMERICAN KRATOM ASSOCIATION. All Rights Reserved.