# EXHIBIT G

UF | UNIVERSITY of FLORIDA

College of Pharmacy
Department of Medicinal Chemistry

PO Box 100485
Gainesville, FL 32610-0485
352-294-8691
352-273-9724 Fax

Agnes D. Winokur, PhD
Laboratory Director
Special Testing and Research Laboratory
US Drug Enforcement Agency
July 10, 2026

Dear Dr. Winokur:

As one of the leading kratom researchers that has been significantly funded by the National Institute on Drug Abuse (among other Federal agencies) I needed to send some scientific information on the proposed rule by the Drug Enforcement Administration (Published Document: 2026-13581 (91 FR 40909). As part of our ongoing research at the University of Florida College of Pharmacy my team routinely analyzes marketed kratom products, from leaf and leaf-based extracts to semi-synthetics. Much of our work was utilized by the Food and Drug Administration in their publication "7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat" authored by Reissig et al. and freely available on the FDA website.

I have also been in advisory meetings to Department of Health and Human Services, Center for Disease Control, Food and Drug Administration, and Drug Enforcement Administration officials at their requests to speak to 7-OH and other emerging semi-synthetics, including mitragynine pseudoindoxyl, MGM-15, MGM-16, etc).

For these reasons, I need to inform all agencies that we ***do*** detect mitragynine pseudoindoxyl in some kratom leaf-based products from time to time, particularly in extracts (liquids). Therefore, the "no tolerance" limit imposed in the proposed scheduling would potentially create unintentional (I presume) consequences to some legitimate kratom products. We always detect MGPI in trace amounts, just like 7OH is sometimes present in trace amounts in leaf and leaf-based products. We have detected it in several marketed liquid formulations in low levels, but it is there and verified by our validated UPLC MS/MS methodology. This occurs because 7OH can undergo a semi-pinacol rearrangement to mitragynine pseudoindoxyl in acidic conditions (see attached manuscript). Therefore, from a scientifically based standpoint, the limitation for mitragynine pseudoindoxyl should be the same as 7OH in commercial products. This would **only** include mitragynine pseudoindoxyl, not the other chemicals listed in the Federal Register publication mentioned previously.

I am including a recommended redline version of the register publication attached as well.

Please reach out directly to me via email or my cell phone 662-801-9804 if you have any questions or need further information.

Sincerely,



Christopher R. McCurdy, Ph.D., FAAPS
Associate Dean of Faculty Development
Distinguished Professor of Medicinal Chemistry
The Frank A. Duckworth Eminent Scholar Chair
Director, UF CTSI Translational Drug Development Core
2017-2018 President, American Association of Pharmaceutical Scientists

Attachments:

2026 – 1358 MGPI Threshold Amendment

Semipinacol rearrangement in natural product synthesis