ERIC B. EVANS (State Bar No. 232476)
Email: eevans@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone:(650) 326-2400
Facsimile: (650) 325-2422

GWENDOLYN C. PAYTON (*pro hac vice*)
Email: gpayton@ktslaw.com
JOHN NEELEMAN (*pro hac vice*)
Email: jneeleman@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone:(206) 467-9600
Facsimile: (206) 623-6793

*Attorneys for Plaintiff*
NEW HOPE BOTANICALS, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

NEW HOPE BOTANICALS, LLC, a California limited liability company

Plaintiff,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; TERRANCE C. COLE, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR; AND UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

Case No. 5:26-cv-05022

**STATUS REPORT**

# STATUS REPORT

Counsel for Plaintiff New Hope Botanicals, LLC hereby informs the Court that, pursuant to the Court's direction at the Monday, September 28, hearing in this action, Plaintiff New Hope Botanicals, LLC, stands ready to serve Defendants United States Drug Enforcement Administration, Terrance C. Cole, in his official capacity as Administrator, and United States Department of Justice with an order setting a new hearing date and time and to file proofs of that service in the docket.

Dated: October 1, 2026

Respectfully submitted,

KILPATRICK TOWNSEND &
STOCKTON LLP
By: */s/ Eric B. Evans*

KILPATRICK TOWNSEND &
STOCKTON LLP
Eric B. Evans
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
eevans@ktslaw.com

Gwendolyn C. Payton (*pro hac vice*)
John Neeleman (*pro hac vice*)
1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
gpayton@ktslaw.com
jneeleman@ktslaw.com

Attorneys for Plaintiff
NEW HOPE BOTANICALS, LLC