UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV26-5022-JGB(SPx)** | Date | September 28, 2026 |
| Title | ***New Hope Botanicals, LLC v. United States Drug Enforcement Administration, et al*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Myra Ponce |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Gwendolyn C. Paton (via Zoom)<br>Eric Butler Evans (via Zoom) | None Present |

**Proceedings: STATUS CONFERENCE**

Counsel for plaintiff entered their appearances. There was no one present for Defendants. The Court continues the status conference to October 5, 2026, at 10:00 a.m. Counsel for Plaintiff shall notify the Defendants of this new hearing date, and that they are ordered to appear. Counsel may appear by Zoom.

**IT IS SO ORDERED.**